TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20120

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: July 07, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Stephen John Sugrue and Patricia Ann Sugrue
    Debtors.
_____

Wells Fargo Bank, N.A.
    Movant,
    vs.

Stephen John Sugrue and Patricia Ann Sugrue, Debtors, Edward J. Maney, Trustee.

    Respondents.

No. 2:09-BK-17619-SSC

Chapter 13

ORDER

(Related to Docket #42)

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 21, 2005 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Stephen John Sugrue and Patricia Ann Sugrue have an interest in, further described as:

> Lot 182, SONOMA RANCH, according to Book 364 of Maps, Page 22; and Certificate of Correction recorded October 19, 1993 in Instrument No. 93-0710411, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.